UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: **Pamela Arlette Jenkins** | ) | |
| | ) | **Case No. 3:13-BK-34836-KRH** |
| Debtor. | ) | Chapter 13 |
| | ) | |
| Address | ) | |
| Pamela Arlette Jenkins | ) | |
| 5119 Earlwick Road | ) | |
| Richmond, VA 23230 | ) | |
| | ) | |
| Last four digits of SSN or ITIN: **2513** | ) | |

## ORDER ON MOTION TO EMPLOY SPECIAL COUNSEL

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to 11 USC 330 the court FINDS

1) This motion is filed pursuant to 11 USC 30.

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

5) Movants filed a Voluntary Petition for Relief in this court on 09/06/2013.

6) Movant wishes to employ special counsel to prosecute a complaint for violation of the Automatic Stay.

7) Counsel has agreed to represent movant if the court approves this employment.

8) Counsel is to be paid, upon approval by the court of a Supplemental fee application to be submitted at the completion of the action anticipated by this motion.

THEREFORE, it is ORDERED that Jason M. Krumbein is appointed counsel to the debtors for the purpose of filing an adversary proceeding for violation of the Automatic Stay; and

ORDERED that Mr. Krumbein shall file an application for compensation at the conclusion of his representation; and

ORDERED that Mr. Krumbein shall be permitted to terminate his representation of the debtors at the conclusion of the adversary proceeding.

ENTERED:   Oct 28 2014
_____

/s/ Kevin R. Huennekens
_____
Kevin R. Huenekens
JUDGE, US Bankruptcy Court
Eastern District of Virginia, Richmond Div.

Entered on Docket:  Oct 29 2014

| I ASK FOR THIS<br><br>/s/ Jason M. Krumbein, Esq.<br>Jason M. Krumbein, Esq. VSBN 43538<br>Counsel for the Debtor(s) in Bankruptcy<br>Krumbein Consumer Legal Services, Inc.<br>5310 Markel Road, Suite 102<br>Richmond, VA 23230<br>Tel: 804.303.0204 Fax: 804.303.0209<br>jkrumbein@krumbeinlaw.com | SEEN AND AGREED:<br><br>/s/ William C. Parkinson, Jr. Esq.<br>William C. Parkinson, JR. Esq. VSB#14765<br>Wm. C. Parkinson, Jr. Esq.<br>5310 Markel Rd. Suite 200<br>Richmond, VA 23230<br>Tel:804.288.9028 Fax: 804.282.0459<br>wparkjr@aol.com |
|---|---|
| SEEN AND NOT OBJECTED TO:<br><br>/s/ Carl M. Bates, Trustee<br>Carl M. Bates, Trustee<br>P.O. Box 1819<br>Richmond, VA 23218<br>Tel:804.237.6800 Fax: 804.237.6801<br>Station01@RichChap13.com | |

## **CERTIFICATE OF ENDORESMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

## MAILING MATRIX

| | | |
|---|---|---|
| Sallie Mae Inc. on behalf of ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | MCV Physicians<br>P O Box 91747<br>Richmond, VA 23291-1747 |
| CarMax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144 | American InfoSource LP<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 |
| ANESTHESIA ASSOCIATES OF RICHMOND<br>PO BOX 17978<br>RICHMOND, VA 23226 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | HRDG, L.L.C t/a Hunters Ridge Apts.<br>c/o Grogan & Associates<br>203 East Cary St. Suite 200<br>Richmond, VA 23219 |
| Henrico Doctors Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602 | Dominion Virginia Power<br>P.O. Box 26666<br>Attn: Customer Svcs 18th Fl<br>Richmond, VA 23261 | William C. Parkinson, Jr, Counsel for Debtor<br>(BY ECF) |
| Carl M. Bates, Chapter 13 Trustee<br>(BY ECF) | Jason M. Krumbein, Esq.<br>Special Counsel<br>(BY ECF) | |

United States Bankruptcy Court
Eastern District of Virginia

In re:
Pamela Arlette Jenkins
    Debtor

Case No. 13-34836-KRH
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: smithla     Page 1 of 1     Date Rcvd: Oct 29, 2014
                 Form ID: pdford9     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2014.
db           +Pamela Arlette Jenkins,    5119 Earlwick Road,    Richmond, VA 23230-1917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2014 at the address(es) listed below:
         Carl M. Bates    station01@richchap13.com,
          station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
         Sara A. John    on behalf of Creditor    Carmax Business Services, LLC sara_john@eppspc.com
         William C. Parkinson, Jr.    on behalf of Debtor Pamela Arlette  Jenkins
          wparkjrecf@gmail.com;wparkjr@gmail.com
                                                                                                        TOTAL: 3